# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# LOS ANGELES DIVISION

| | | |
|---|---|---|
| In re:   Magdesian Bros., Inc. | § | Case No. 2:14-bk-28814-BR |
| | § | |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
## REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
## AND APPLICATION TO BE DISCHARGED (TDR)

Peter J Mastan, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report.  The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law.  The trustee hereby requests to be discharged from further duties as a trustee.

2)  A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:  $21,700.00<br>*(without deducting any secured claims)* | Assets Exempt:  $0.00 |
| Total Distribution to Claimants:  $0.00 | Claims Discharged<br>Without Payment:  $455,274.38 |
| Total Expenses of Administration:  $50,000.00 | |

3)  Total gross receipts of $50,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $50,000.00 from liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | 0.00 | 95,009.76 | 95,009.76 | 0.00 |
| PRIORITY CLAIMS | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 161,616.20 | 161,616.20 | 50,000.00 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 176,707.92 | 66,203.49 | 66,203.49 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 1,073,829.09 | 162,682.13 | 162,682.13 | 0.00 |
| **TOTAL DISBURSEMENTS** | **$1,250,537.01** | **$485,511.58** | **$485,511.58** | **$50,000.00** |

4) This case was originally filed under Chapter 7 on 10/02/2014. The case was pending for 79 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  05/11/2021                    By: /s/ Peter J Mastan
                                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1  - GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Possible Fraudulent Transfer | 1249-000 | 50,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$50,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 - FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| None | | | |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | |

## EXHIBIT 3 - SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Los Angeles County Treasurer & Tax Collector | 4210-000 | 0.00 | 56,863.63 | 56,863.63 | 0.00 |
| 2 | Shrut & Asch Leather Company | 4210-000 | 0.00 | 38,146.13 | 38,146.13 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$95,009.76** | **$95,009.76** | **$0.00** |

## EXHIBIT 4 - CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Peter J. Mastan | 2100-000 | N/A | 5,750.00 | 5,750.00 | 1,776.86 |
| Diane C. Weil | 2200-000 | N/A | 38.54 | 38.54 | 11.91 |
| Peter J Mastan | 2200-000 | N/A | 2.25 | 2.25 | 0.70 |
| Danning Gill Diamond & Kollitz, LLP | 3210-000 | N/A | 133,487.00 | 133,487.00 | 41,250.04 |
| Danning Gill Diamond & Kollitz, LLP | 3220-000 | N/A | 1,128.67 | 1,128.67 | 348.78 |
| Grobstein Teeple LLP | 3410-000 | N/A | 10,536.00 | 10,536.00 | 3,255.83 |
| International Sureties, LTD. | 2300-000 | N/A | 68.20 | 68.20 | 68.20 |
| Union Bank | 2600-000 | N/A | 15.00 | 15.00 | 15.00 |
| FRANCHISE TAX BOARD BANKRUPTCY SECTION MS A340 | 2820-000 | N/A | 10,590.54 | 10,590.54 | 3,272.68 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | |
|---|---|---|---|---|
| **TOTAL CHAPTER 7 ADMIN. FEES and CHARGES** | N/A | $161,616.20 | $161,616.20 | $50,000.00 |

## EXHIBIT 5 - PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES and CHARGES** | | | | | |

## EXHIBIT 6 - PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | FRANCHISE TAX BOARD BANKRUPTCY SECTION MS A340 | 5800-000 | N/A | 5,595.25 | 5,595.25 | 0.00 |
| 7 | Employment Development Department Bankruptcy Group MIC 92E | 5800-000 | N/A | 28,133.24 | 28,133.24 | 0.00 |
| 8 | Maria Flores Robert S Doble Esq | 5300-000 | 12,507.99 | 12,475.00 | 12,475.00 | 0.00 |
| 15 | Evanngelina Campos | 5300-000 | 15,602.00 | 20,000.00 | 20,000.00 | 0.00 |
| NOTFILED | Ana Cornejo | 5300-000 | N/A | 0.00 | 0.00 | 0.00 |
| NOTFILED | Angel Aranzamendy | 5300-000 | 6,997.60 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Debra Hernandez | 5300-000 | 17,889.52 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Graciano Vargas | 5300-000 | 7,527.17 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Javier Cruz | 5300-000 | 44,393.63 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Jorge Murillo | 5300-000 | N/A | 0.00 | 0.00 | 0.00 |
| NOTFILED | Jose Villagomez | 5300-000 | 13,991.75 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Lilia Cruz | 5300-000 | 5,208.63 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Maria Compos | 5300-000 | 8,903.03 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Maria Duenas | 5300-000 | 4,020.80 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Maricela Murillo | 5300-000 | N/A | 0.00 | 0.00 | 0.00 |
| NOTFILED | Noel Zakarian | 5300-000 | 26,238.23 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Los Angeles County Tax Collector | 5800-000 | 9,894.91 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Los Angeles County Tax Collector | 5800-000 | 3,532.66 | 0.00 | 0.00 | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $176,707.92 | $66,203.49 | $66,203.49 | $0.00 |

## EXHIBIT 7 - GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | FRANCHISE TAX BOARD BANKRUPTCY SECTION MS A340 | 7300-000 | 0.00 | 3,411.01 | 3,411.01 | 0.00 |
| 5 | Southern California Edison Company Attn Credit and Payment S | 7100-000 | 4,074.36 | 3,633.21 | 3,633.21 | 0.00 |
| 6 | AVETCO INC c/o Hatkoff & Minassian ALC | 7100-000 | 37,978.76 | 44,173.60 | 44,173.60 | 0.00 |
| 7 | Employment Development Department Bankruptcy Group MIC 92E | 7100-000 | 0.00 | 9,160.99 | 9,160.99 | 0.00 |
| 8 | Maria Flores Robert S Doble Esq | 7100-000 | 0.00 | 12,847.60 | 12,847.60 | 0.00 |
| 9 | American Express Centurion Bank c o Becket and Lee LLP | 7100-900 | 675.00 | 675.00 | 675.00 | 0.00 |
| 10 | Mpower Communications Corp. Office of the General Counsel | 7100-000 | 726.25 | 2,488.64 | 2,488.64 | 0.00 |
| 11 | Schmid Spa Via Lombardia 32/A San Giuliano Milanese, Milano | 7100-000 | 5,660.64 | 4,292.08 | 4,292.08 | 0.00 |
| 12 | Art Magdesian | 7100-000 | 356,892.92 | 0.00 | 0.00 | 0.00 |
| 13 | Sherri Magdesian | 7100-000 | 82,000.00 | 82,000.00 | 82,000.00 | 0.00 |
| 14 | Charles Magdesian | 7100-000 | 293,228.91 | 0.00 | 0.00 | 0.00 |
| NOTFILED | ACI | 7100-000 | 10,315.37 | 0.00 | 0.00 | 0.00 |
| NOTFILED | ADT Security | 7100-000 | 4,072.22 | 0.00 | 0.00 | 0.00 |
| NOTFILED | ARS International | 7100-000 | 4,479.02 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Associated Pacific Mach | 7100-000 | 5,102.52 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Best Office Products | 7100-000 | 225.26 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Blakely Sokoloff Taylor | 7100-000 | 3,997.50 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Califoam Products | 7100-000 | 1,171.80 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Carmen Hernandez | 7100-000 | 19,016.25 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Data Technology Products | 7100-000 | 3,520.07 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Der-Tex Corp | 7100-000 | 22,259.75 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Essential Couriers | 7100-000 | N/A | 0.00 | 0.00 | 0.00 |
| NOTFILED | Exxon Mobil | 7100-000 | 5,009.25 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Financial Network Recovery | 7100-000 | 189.47 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Finn Industries | 7100-000 | 27,323.81 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Gelberg Braid | 7100-000 | 462.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Global Sales | 7100-000 | 106.65 | 0.00 | 0.00 | 0.00 |
| NOTFILED | GS1 US, Inc | 7100-000 | 23.10 | 0.00 | 0.00 | 0.00 |
| NOTFILED | GXS, Inc. | 7100-000 | 9,866.91 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Heritage Container | 7100-000 | 1,244.43 | 0.00 | 0.00 | 0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Ideal Tape Co., Inc | 7100-000 | 88.35 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Intacsa | 7100-000 | 1,162.90 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Jewlers Shipping | 7100-000 | 876.04 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Jose Villagomez | 7100-000 | 11,137.50 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Kellogg & Andelson | 7100-000 | 49,309.55 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Knutson Law Group | 7100-000 | N/A | 0.00 | 0.00 | 0.00 |
| NOTFILED | LA Fire Department | 7100-000 | 4,689.31 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Manufacturera De Hormas | 7100-000 | 1,533.87 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Mardo Baghdassarian | 7100-000 | 17,435.77 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Maria Casas | 7100-000 | 15,015.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | McCarthy, Burgess & Wolff | 7100-000 | 10,827.75 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Metro Leather Company | 7100-000 | 6,920.59 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Michels Connection | 7100-000 | 702.30 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Newman Leather | 7100-000 | 154.13 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Newman Resources | 7100-000 | 215.18 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Novatex International | 7100-000 | 2,077.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Oclas Leather | 7100-000 | 1,653.70 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Office Depot Credit Plan | 7100-000 | 363.31 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Onnik Shoe Company | 7100-000 | 4,000.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Rainbow Leather | 7100-000 | 205.53 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Rodgers Corp | 7100-000 | 452.50 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Sequoia Financial | 7100-000 | 2,567.17 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Shrut & Asch Leather Company | 7100-000 | 15,696.43 | 0.00 | 0.00 | 0.00 |
| NOTFILED | South Coast AQMD | 7100-000 | 310.85 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Tate Kirlin | 7100-000 | 7,954.80 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Technosl Spa | 7100-000 | 3,302.70 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Textile Tapes Corp | 7100-000 | 755.51 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Toray Ultrasuede | 7100-000 | 3,186.96 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Tri-County Fire Equipment | 7100-000 | 320.23 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Union 76 | 7100-000 | 8,700.19 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Universal Sewing Supply | 7100-000 | 49.55 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Universal Shank Company | 7100-000 | 450.60 | 0.00 | 0.00 | 0.00 |
| NOTFILED | USCB America | 7100-000 | 2,091.60 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Wolverine World Wide | 7100-000 | N/A | 0.00 | 0.00 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$1,073,829.09** | **$162,682.13** | **$162,682.13** | **$0.00** |

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Exhibit 8

Page: 1

**Case Number:** 14-28814 BR
**Case Name:** Magdesian Bros., Inc.

**Period Ending:** 05/11/21

**Trustee:** Peter J Mastan
**Filed (f) or Converted (c):** 10/02/14 (f)
**§341(a) Meeting Date:** 01/27/15
**Claims Bar Date:** 10/05/15

| Ref # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) Abandon | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Cash On Hand<br>This asset was resolved by the adversary proceeding, and has no value to the Estate outside of the funds received by the settlement approved by Court order entered 8/7/15. | 21,300.00 | 0.00 | | 0.00 | FA |
| 2 | 1 Computer and 3 printers (No Single Item Exceeds $200)<br>De minimus. Turnover not requested. | 400.00 | 0.00 | | 0.00 | FA |
| 3 | Possible Fraudulent Transfer (u)<br>Transfer of equipment and shoes located at 730 S. 5th Avenue, City of Industry, CA.  Trustee Gill settled this litigation pursuant to Court order entered 8/7/18. | 100,000.00 | 50,000.00 | | 50,000.00 | FA |
| 4 | (VOIDED) (u)<br>Turnover of Funds from Predecessor Trustee Entered in Error. No funds in case yet. | Unknown | 0.00 | | 0.00 | FA |
| | **TOTALS** (Excluding Unknown Values) | **$121,700.00** | **$50,000.00** | | **$50,000.00** | **$0.00** |

**Major activities affecting case closing:**

TRUSTEE'S DISTRIBUTION REPORT (TDR)
The Trustee submitted his TDR to the OUST on or about 5/11/21
*******************

TRUSTEE'S FINAL REPORT (TFR)
The Trustee submitted his TFR to the OUST on or about 10/16/20
*******************

AGED CASES REPORT THROUGH 9/30/20
Peter Mastan was appointed as successor trustee to Diane Weil on 2/7/20.  Trustee Weil was appointed as successor trustee to David Gill on 1/3/18. All assets were administered prior to Trustee's Mastan's appointment. Final tax returns were prepared and filed by the Estate's accountants. The Trustee is waiting for tax clearance. Claims have been reviewed to the extent necessary, given the administrative insolvent nature of the case. Due to the change of trustees, Trustee Mastan estimates that he will be able to submit his TFR to the OUST by 12/31/20.  Trustee Weil's and Trustee Gil's previous interim reports are included below.
*******************

AGED CASES REPORT THROUGH 6/30/20
Peter Mastan was appointed as successor trustee to Diane Weil on 2/7/20.  Trustee Weil was appointed as successor trustee to David Gill on 1/3/18. All assets were administered prior to Trustee's Mastan's appointment. Final tax returns were prepared and filed by the Estate's accountants. The Trustee is waiting for tax clearance. Claims have been reviewed to the extent necessary, given the administrative insolvent nature of the case. Due to the change of trustees, Trustee Mastan estimates that he will be able to submit his TFR to the OUST by 12/31/20.  Trustee Weil's and Trustee Gil's previous interim reports are included below.
*******************

INTERIM REPORT PERIOD THROUGH 3/31/20
Peter Mastan was appointed as successor trustee to Diane Weil on 2/7/20.  Trustee Weil was appointed as successor trustee to David Gill on 1/3/18. All assets were administered prior to Trustee's Mastan's appointment. Final tax returns are being prepared by the Estate's accountants, and Trustee Mastan is reviewing claims to the extent they have not been reviewed by the previous trustee.  Due to the change of trustees, Trustee Mastan estimates that he will be able to submit his TFR to the OUST by 12/31/20.  Trustee Weil's and Trustee Gil's previous interim reports are included below.
*******************

GENERAL:

## FORM 1
### INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Exhibit 8

Page: 2

This Case commenced as a voluntary Chapter 7 on 10/2/14.

The first 341(a) meeting was held on 11/5/14.

On 11/5/14, Trustee Gill continued the 341(a) meeting to 12/16/14.

On 12/16/14, Trustee Gill continued the 341(a) meeting to 1/27/15.

On or about 1/27/15, Trustee Gill concluded the 341(a) meeting.

** Trustee withdrawal/resignation Filed by Trustee David A Gill (TR).
Entered 12/21/17

** Notice of appointment and acceptance of trustee Filed by Successor Trustee Diane C. Weil, Chapter 7 Trustee.
Entered: 1/3/18

** Notice of Resignation of Chapter 7 Trustee Filed by Trustee Diane C Weil (TR).
Entered 1/30/20

** Notice of appointment and acceptance of trustee Filed by Trustee Peter J Mastan (TR).
Entered: 2/7/20

** Notice of Trustee's Disclosures in Connection with Appointment with Proof of Service Filed by Trustee Peter J Mastan (TR) (RE: related document(s)71 Notice of appointment and acceptance of trustee Filed by Trustee Peter J Mastan (TR).
Entered: 2/10/20

** Request for court costs Filed by Trustee Peter J Mastan (TR).
Filed 9/24/20

** Notice to professionals to file application for compensation with Proof of Service Filed by Trustee Peter J Mastan (TR).
Filed 9/24/20

** Notice to Pay Court Costs Due Sent To: Peter J Mastan, Total Amount Due $0.
Filed 9/25/20

** Chapter 7 Trustee's Final Report, Application for Compensation and Application(s) for Compensation of Professionals filed on behalf of Trustee Peter J Mastan. The United States Trustee has reviewed the Chapter 7 Trustee's Final Report. Filed by United States Trustee.
Filed 12/11/20

** Notice of Trustee's Final Report and Applications for Compensation (BNC-PDF) Filed by United States Trustee
Filed: 12/11/20

** Order of Distribution for Danning Gill Diamond & Kollitz LLP, Trustee, Period: to , Fees awarded: $41250.04, Expenses awarded: $348.78; for Grobstein Teeple LLP, Accountant, Period: to , Fees awarded: $3255.83, Expenses awarded: $0; for Peter J Mastan (TR), Trustee, Period: to , Fees awarded: $1776.86, Expenses awarded: $.70; Awarded on 2/3/2021
Entered 2/3/21

PROFESSIONAL:
Trustee Gill and Trustee Weil employed Danning, Gill, Diamond & Kollitz as their counsel.  Danning, Gill later withdrew as counsel to Trustee Weil.

** Order Granting Application to Employ Danning Gill Diamond & Kollitz LLP
Entered 6/26/17

** Order Granting Application to Employ Danning Gill Diamond & Kollitz LLP
Entered 3/2/18

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

Page:  3

\** Order Granting Motion To Withdraw As Attorney
Entered 10/24/18

\** Amended Order authorizing Danning, Gill, Diamond & Kollitz, LLP, to withdraw as trustee's general bankruptcy counsel
Entered 10/31/18

\** Application for Compensation First And Final Application For Award Of Compensation And Reimbursement Of Expenses Of Danning, Gill, Israel & Krasnoff, LLP As Former General Counsel To Former Chapter 7 Trustees; And Declarations Of Eric P. Israel, David A. Gill And Diane C. Weil In Support Thereof, with Proof of Service for Danning, Gill, Israel & Krasnoff, LLP, General Counsel, Period: 4/29/2017 to 5/7/2020, Fee: $133,487.00, Expenses: $1,128.67.
Filed 5/7/20)

Trustee Gill employed Alliance Law Corporation as special counsel on a contingency fee basis.

\** Order Granting Application to Employ the Alliance Law Corporation as Special Counsel
Entered 8/13/15

Trustee Gill and Trustee Weil employed Grobstein Teeple LLP as accountants to the Estate.

\** Order Granting Application to Employ Grobstein Teeple LLP as accountants effective 9/22/2017
Entered 10/24/17.

\** Order Granting Application to Employ Howard B Grobstein
Entered 2/26/18

\** Application for Compensation First And Final Application For Compensation And Reimbursement Of Expenses Of Grobstein Teeple, LLP As Accountants For The Former Chapter 7 Trustees; Declarations Of Howard B. Grobstein, David A. Gill And Diane C. Weil In Support Thereof with Proof of Service for Grobstein Teeple LLP, Accountant, Period: 9/22/2017 to 10/5/2020, Fee: $10,536.00, Expenses: $0.00. Filed by Accountant Grobstein Teeple LLP.
Filed: 10/13/20

CLAIMS:
Notification of Asset Case was filed on 7/2/15.
Claims Bar Date: 10/5/15
Gov't Claims Bar Date: 3/31/15

Claims to the extent necessary given the administrative insolvency of the case.

TAXES:
Estate tax returns were filed for years 2013 through 2018.  Final tax returns were filed by the Estate's accountants. While, the Trustee has not received tax clearance, the 60 day period for the IRS to do so has passed, as the last return was received by the IRS on 8/10/20.

ADMIN. STATUS:
All assets have been administered.

INSURANCE:
No assets require insurance.

PENDING LITIGATION
No litigation is currently pending; however Trustee Gill litigated an adversary proceeding against Arthur Magdesian, Charles Magdesian and Michael Magdesian, which was later settled.

\** Order Granting Motion to Approve Compromise under Rule 9019 with Arthur Magdesian, Charles Magdesian and Michael Magdesian
Entered 8/7/18

TRUSTEE WEIL'S INTERIM REPORT NOTES

CURRENT REPORTING PERIOD ENDING 09-30-19:

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Exhibit 8

Page: 4

Annual and Aged Case Status Report

In October 2018, the Trustee's counsel, Danning Gill Diamond & Kollitz, LLP ('DGDK'), withdrew as counsel and an order granting the motion was entered on October 24, 2018 [Docket No. 54]. Additionally, an amended order granting DGDK's withdrawal was entered on October 31, 2018 [Docket No. 60]. Final tax returns were filed on or about 9/15/19 and the trustee is awaiting tax clearance. In addition, although the case is insolvent, if there is to be any distribution to creditors, an objection to the claim of Sherry Magdesian must be filed. The Trustee is currently negotiating with her former counsel with regard to a carve-out for unsecured creditors and requests an extension of the Estimated TFR Date to 1/31/20 to enable her to complete the objection and submit her TFR.

Current Projected TFR Submission Date: 10/31/19

INITIAL REPORTING PERIOD ENDING 09-30-18
Annual and Aged Case Status Report

The predecessor trustee retained special counsel to assist him with his claims against the former shareholders of the Debtor; Adversary 2:16-ap-01438-BR was filed. Gill vs. Arthur Magdesian, Charles Magdesian and Michael Magdesian. In May 2017 the predecessor trustee was informed that special counsel had disbanded. The Predecessor Trustee retained new counsel to proceed with the claims and causes of action against the defendants. The Successor Trustee reemployed the professionals in the case by orders entered February 26, 2018 and March 2, 2018.

Prior to the predecessor trustee's resignation from the case, a draft settlement agreement was sent to the Defendant's counsel on December 8, 2017. The draft settlement agreement was sent to Defendant's counsel again on February 5, 2018. The Trustee did not receive any substantive response or an executed copy of the settlement. On April 27, 2018, the defendant's counsel filed a motion to withdraw which was originally scheduled to be heard on June 12, 2018. Defendants appeared and requested 24 hours to decide whether to sign the settlement agreement. The Court continued both the Trustee's motion to compel further discovery and defendant's counsel's motion to withdraw to June 19, 2018. Slowly, one by one, defendants' counsel forwarded the signatures of each of the three defendants to Trustee's counsel before June 19.

On July 3, the Trustee's Motion to Approve Compromise was filed and set for hearing August 1, 2018. On August 7, 2018 the order approving the compromise was entered. Full payment was received on August 28, 2018. The Trustee is proceeding with the closing of the case.

PROFESSIONALS
Attorney - Danning, Gill, Diamond & Kollitz, LLP P.O.E. 3/2/18
Accountants - Grobstein Teeple P.O.E. 2/26/18

TAXES
Final tax returns are being prepared by the Trustee's accountants.

PROJECTED TFR SUBMISSION DATE: 1/31/19

TRUSTEE GILL'S INTERIM REPORT NOTES

Annual Report for P.E. 6/30/17 - On or about August 15, 2015, I employed the Alliance Law Group ('ALG') as my special counsel to assist me with my potential claims against the former shareholders of the Debtor. An adversary was filed to void a fraudulent transfer by the Debtors' principals. In re Gill vs. Arthur Magdesian, Charles Magdesian and Michael Magdesian adv. no. 2:16-ap-01438-BR. In May 2017, I was advised that ALG had disbanded. ALG did not prepare and file a status report in the Adversary Proceeding or appear at the status conference and was sanctioned by the Court.

I determined that it was appropriate to replace ALG. ALG has agreed to waive any fees and costs in this case. I retained Danning, Gill, Diamond & Kollitz, LLP to replace my special counsel to assist me in pursuing the fraudulent transfer complaint. Its' employment was approved by order entered June 26, 2017. With the assistance of my proposed counsel, I filed an amended Joint Status Report on May 19, 2017. A further Status Conference is set for August 8, 2017, the date for completing mediation is September 1, 2017 and the last date for completing discovery is September 30, 2017.

_____

Annual Report for P.E. 6/30/16 -I have retained special counsel to pursue my claims against the former shareholders of the Debtor. Its employment was approved by order entered August 13, 2015.They have sent out numerous subpoenas and received numerous documents. Overall, they report that the documents show that the individual stockholders used the company assets for personal use.

It appears that the shareholders also moved and/or sold the large machinery that they used to manufacture shoes. The company never received any profit from the sale. The Debtor company either sold or transferred it to the stockholders. I am preparing to file a complaint for fraudulent conveyance against the Debtor and its' shareholders.

_____

Annual Report for P.E. 6/30/15 - The Debtor did not appear for examination at the initial and first continued 341(a) examination. The Debtor did appear on January 27, 2015 for examination. Also in attendance, were many creditors and an attorney representing them. The attorney who appeared on behalf of the creditors at the January 27, 2015, 341(a) examination, alleges that the real property that the Debtor occupied, was at one time owned by the Debtor and was fraudulently transferred. The Trustee has moved to employ special counsel to pursue the possible fraudulent transfer. It is pending

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

Page: 5

Court approval.

**Initial Projected Date of Final Report (TFR):** March 31, 2018          **Current Projected Date of Final Report (TFR):** October 16, 2020 (Actual)

| May 11, 2021 | /s/ Peter J Mastan |
|---|---|
| Date | Peter J Mastan |

## Form 2
## Cash Receipts and Disbursements Record

Exhibit 9

Page: 1

| Case Number: | 14-28814 BR | Trustee: | Peter J Mastan |
|---|---|---|---|
| Case Name: | Magdesian Bros., Inc. | Bank Name: | UNION BANK |
| | | Account: | ******9470 - Checking Account |
| Taxpayer ID#: | **-***1362 | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 05/11/21 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | Uniform<br>Tran. Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 08/28/18 | Asset #3 | Charles and Catherine Magdesian | Settlement Payment per order entered 8/17/18 | 1249-000 | 30,000.00 | | 30,000.00 |
| 08/28/18 | Asset #3 | Arthur Magdesian | Settlement Payment per order 8/7/18 | 1249-000 | 20,000.00 | | 50,000.00 |
| 09/27/18 | | Transfer to Texas Capital Bank | Transfer of funds | 9999-000 | | 49,985.00 | 15.00 |
| 09/27/18 | | Union Bank | Bank Service Fee under 11 U.S.C. 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 15.00 | 0.00 |

|  | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | **50,000.00** | **50,000.00** | **$0.00** |
| Less: Bank Transfers | 0.00 | 49,985.00 | |
| **Subtotal** | **50,000.00** | **15.00** | |
| Less: Payment to Debtors | 0.00 | 0.00 | |
| **NET Receipts / Disbursements** | **$50,000.00** | **$15.00** | |

## Form 2
### Cash Receipts and Disbursements Record

Exhibit 9

Page: 2

| Case Number: | 14-28814 BR | | Trustee: | Peter J Mastan |
|---|---|---|---|---|
| Case Name: | Magdesian Bros., Inc. | | Bank Name: | Texas Capital Bank |
| | | | Account: | ******3023 - Checking Account |
| Taxpayer ID#: | **-***1362 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 05/11/21 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | Uniform<br>Tran. Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 09/27/18 | | Transfer from Union Bank | Transfer of funds | 9999-000 | 49,985.00 | | 49,985.00 |
| 03/08/19 | 52001 | International Sureties, LTD. | Bond Premium | 2300-000 | | 30.49 | 49,954.51 |
| 01/30/20 | 52002 | International Sureties, LTD. | Bond Premium | 2300-000 | | 27.91 | 49,926.60 |
| 02/18/20 | | Peter J. Mastan | Turnover of funds per resignation of Trustee Diane C. Weil | 9999-000 | | 49,926.60 | 0.00 |

|  | | | | |
|---|---|---|---|---|
| | **ACCOUNT TOTALS** | **49,985.00** | **49,985.00** | **$0.00** |
| | Less: Bank Transfers | 49,985.00 | 49,926.60 | |
| | **Subtotal** | **0.00** | **58.40** | |
| | Less: Payment to Debtors | | 0.00 | |
| | **NET Receipts / Disbursements** | **$0.00** | **$58.40** | |

**Form 2**

**Cash Receipts and Disbursements Record**

Exhibit 9

Page: 3

| Case Number: | 14-28814 BR | | Trustee: | Peter J Mastan |
|---|---|---|---|---|
| Case Name: | Magdesian Bros., Inc. | | Bank Name: | Texas Capital Bank |
| | | | Account: | ******5620 - General Checking Account |
| Taxpayer ID#: | **-***1362 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 05/11/21 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | Uniform<br>Tran. Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 02/24/20 | | Diane C. Weil, Trustee | Estate funds transferred from former Ch. 7 Trustee to new Ch. 7 Trustee. | 9999-000 | 49,926.60 | | 49,926.60 |
| 07/13/20 | | Texas Capital Bank | Account Closeout Transfer Adjustment | 9999-000 | | 49,926.60 | 0.00 |

|  | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | **49,926.60** | **49,926.60** | **$0.00** |
| Less: Bank Transfers | 49,926.60 | 49,926.60 | |
| **Subtotal** | **0.00** | **0.00** | |
| Less: Payment to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$0.00** | **$0.00** | |

## Form 2
## Cash Receipts and Disbursements Record

Exhibit 9

Page: 4

| Case Number: | 14-28814 BR | | Trustee: | Peter J Mastan |
|---|---|---|---|---|
| Case Name: | Magdesian Bros., Inc. | | Bank Name: | Signature Bank |
| | | | Account: | ******4244 - General Checking Account |
| Taxpayer ID#: | **-***1362 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 05/11/21 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | Uniform<br>Tran. Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 07/13/20 | | Signature Bank | Account Opening Deposit Adjustment | 9999-000 | 49,926.60 | | 49,926.60 |
| 07/29/20 | 60001 | INTERNATIONAL SURETIES, LTD. | | 2300-000 | | 9.80 | 49,916.80 |
| 02/09/21 | 60002 | Peter J. Mastan | Dividend of 30.901920970%. | 2100-000 | | 1,776.86 | 48,139.94 |
| 02/09/21 | 60003 | Peter J Mastan | Dividend of 30.901920970%. | 2200-000 | | 0.70 | 48,139.24 |
| 02/09/21 | 60004 | FRANCHISE TAX BOARD BANKRUPTCY SECTION MS A340 | Dividend of 30.901920970%, Claim No.4. | 2820-000 | | 3,272.68 | 44,866.56 |
| 02/09/21 | 60005 | Grobstein Teeple LLP | Dividend of 30.901920970%, Claim No.ACCT FEES. | 3410-000 | | 3,255.83 | 41,610.73 |
| 02/09/21 | 60006 | Danning Gill Diamond & Kollitz, LLP | Dividend of 30.901920970%, Claim No.ATTY FEES. | 3210-000 | | 41,250.04 | 360.69 |
| 02/09/21 | 60007 | Danning Gill Diamond & Kollitz, LLP | Dividend of 30.901920970%, Claim No.ATTY EXP. | 3220-000 | | 348.78 | 11.91 |
| 02/09/21 | 60008 | Diane C. Weil | Dividend of 30.901920970%, Claim No.TTEE Exp. | 2200-000 | | 11.91 | 0.00 |

|  | | Receipts | Disbursements | Balance |
|---|---|---|---|---|
| **ACCOUNT TOTALS** | | 49,926.60 | 49,926.60 | $0.00 |
| Less: Bank Transfers | | 49,926.60 | 0.00 | |
| **Subtotal** | | 0.00 | 49,926.60 | |
| Less: Payment to Debtors | | | 0.00 | |
| **NET Receipts / Disbursements** | | **$0.00** | **$49,926.60** | |

**Form 2**
**Cash Receipts and Disbursements Record**

Exhibit 9

Page: 5

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******3023** | 0.00 | 58.40 | 0.00 |
| **Checking # ******4244** | 0.00 | 49,926.60 | 0.00 |
| **Checking # ******5620** | 0.00 | 0.00 | 0.00 |
| **Checking # ******9470** | 50,000.00 | 15.00 | 0.00 |
| | $50,000.00 | $50,000.00 | $0.00 |